FILED

MAR -9 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

GOVERNMENT EXHIBIT
1
Sentencing

Dear Honorable Judge Royce Lamberth,   3-1-2015

My name is Agustin Sergio DeLeon Garza, and I am an inmate at the Federal Prison Unit in the Texas Western District that is run by GEO corrections in San Antonio. My case number is SA-14-CR-247-FB and I was convicted by trial before you in January 2015. The reason I am writing to you today is to express my feelings and disagreement with the trial's decision; and also ask for clemency before I stand before you during my sentencing procedures.

Before I stand before you and hear whatever fate and judgement will be handed down for my punishment, I want you to know me as a man, father, and human being and not just a statistic. Even though I was found guilty on all seven counts by a jury, I want you to know that I feel I was unjustly prosecuted and convicted. I feel I was convicted on purely circumstantial evidence that the Mexican government tampered, manipulated, and altered. I feel that the Mexican government officials in my case were and are corrupt by using me as a scapegoat on their platform for their political campaign and interests. The main and primary person that I feel was responsible for this is a gentleman



by the name of Adrian De La Garza, where in Mexico worked as the "procurador de justicia" of Monterrey, Nuevo Leon MX. At the time when all these allegations were put against me, he was using this platform against my "supposed crimes" for his canidacy as governor of Nuevo Leon. Fortunatley, he didn't win. Deep in my heart I want to believe that good does triamph over evil, and goodness prevails against corruption. I still have family and friends who live in Monterrey, Nuevo Leon and follow the news and local politics. While I was already incarcerated here in Texas for the crimes I was about to be convicted on, people in Mexico came forward and or were apprehended and prosecuted for the same crimes I was initially charged and pending trial.

   If this was true, and it was on the media in Mexico, why is someone (me) else on the American side of the border being prosecuted and convicted for the same crimes? I feel that historically and up to recent times, Mexico and it's government and politics continue to be plauged by corruption, and I have also become swept in that political corruption on their agenda.

   As you can see from my pre sentencing report, that I am thirty seven years old



and am a loving husband, and father to my wife and children. Since 1993, I have resided in San Antonio, TX. with an impeccable and clean record, by being a full and law abiding citizen. I am also a very hard worker, tax payer as well as a family man, who has managed to strive for the American dream with hard work and determination. By working alongside my five brothers' and two sisters' who have and own their own businesses, I have contributed by share to this hard working and productful economy.

    I hope that even though I feel and know an injustice was done to me at my trial, I hope that you can rectify that by giving me the least possible amount justifiable in my unjust verdict when I stand before you at my sentencing. Thank you very much for taking time from your busy schedule to read this letter.

Sincerely,
Agustin Sergio DeLeonGava

