UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Cause No. SA:14-CR-00247(1)-FB |
| | § | |
| AGUSTIN SERGIO DELEON GARZA | § | |

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes ARNULFO ORTIZ, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1. Movant is attorney of record for AGUSTIN SERGIO DELEON GARZA, and was employed to represent Defendant.

2. ARNULFO ORTIZ has a completed his service for AGUSTIN SERGIO DELEON GARZA as the judgment date was September 3, 2015 for the above case matter.

3. AGUSTIN SERGIO DELEON GARZA will file a Notice of Appeal pro se or by another attorney.

4. This withdrawal is not sought for delay, but that Defendant might be represented by counsel of her choice.

5. The last known address of AGUSTIN SERGIO DELEON GARZA as follows: AGUSTIN SERGIO DELEON GARZA is currently being held at the GEO Correctional facility San Antonio, Texas.

5. There are not any pending settings or deadlines in this case.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant his motion to withdraw on the face of this pleading.

Respectfully submitted,

ORTIZ LAW FIRM
814 W. Hildebrand Ave
San Antonio, Texas 78212
Tel: (210) 734-2889
Fax: (210) 737-2889


By:_____/s/Arnulfo Ortiz_____
ARNULFO ORTIZ
State Bar No. 15323090
arnulfo_ortiz@yahoo.com
Attorney for AGUSTIN SERGIO DELEON GARZA


CERTIFICATE OF SERVICE

This is to certify that on September 8, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County, 101 W Nueva St, San Antonio, TX 78205, by facsimile and mail.


_____/s/Arnulfo Ortiz_____
Arnulfo Ortiz

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | Cause No. SA:14-CR-00247(1)-FB |
| | § | |
| **AGUSTIN SERGIO DELEON GARZA** | § | |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

On _____, 2015 came on to be considered ARNULFO ORTIZ's Motion to Withdraw as Counsel.

The Court finds that there is good cause for withdrawal of Movant as counsel.

The Court further finds that:

    a.   ARNULFO ORTIZ has a completed his service for AGUSTIN SERGIO DELEON GARZA as the judgment date was September 3, 2015.

    b.   The Motion included the last known address of AGUSTIN SERGIO DELEON GARZA as follows: AGUSTIN SERGIO DELEON GARZA is currently being help at the GEO Correctional facility San Antonio, Texas.

    c.   There are no pending settings or deadlines in this case.

IT IS THEREFORE ORDERED, that Movant is permitted to withdraw as counsel of record for AGUSTIN SERGIO DELEON GARZA in this cause.

IT IS FURTHERED ORDERED that all notices in this cause shall be delivered to AGUSTIN SERGIO DELEON GARZA in person or sent to AGUSTIN SERGIO DELEON GARZA at that address shown above by both certified and regular first-class mail.

The Court ORDERS that ARNULFO ORTIZ, Movant, immediately provide written notification to AGUSTIN SERGIO DELEON GARZA of any additional settings or deadlines now known to ARNULFO ORTIZ, of which AGUSTIN SERGIO DELEON GARZA has not already been notified.

SIGNED ON _____, 2015.

                                                       _____
                                                       JUDGE